UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE NARGIZ,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STUART SHERMAN, et al.,<br><br>　　　　　Defendants. | 1:19-cv-01173-AWI-GSA-PC<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT**<br>**(ECF No. 21.)**<br><br>**DEADLINE:　September 20, 2021** |

　　　Kyle Nargiz ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. This case now proceeds with Plaintiff's First Amended Complaint, filed on October 1, 2020, against defendants Richard Milam[1] and Stuart Sherman ("Defendants") on Plaintiff's claim for adverse conditions of confinement in violation of the Eighth Amendment. (ECF No. 13.)

　　　On June 22, 2021, Defendants filed a motion for extension of time to file a response to the First Amended Complaint. (ECF No. 21.)

---

[1] Sued as Milan.

1

Good cause having been presented to the court, and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that Defendants are GRANTED an extension of time until **September 20, 2021** in which to file a response to the First Amended Complaint.

IT IS SO ORDERED.

Dated: **July 1, 2021**             **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE