UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE NARGIZ,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>STUART SHERMAN, et al.,<br><br>　　　　　Defendants. | 1:19-cv-01173-AWI-GSA-PC<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY**<br>**(ECF No. 27.)**<br><br>**DEADLINE TO RESPOND TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND FIRST SET OF REQUESTS FOR ADMISSION:**<br><br>　　　**January 27, 2022**<br><br>**DEADLINE TO RESPOND TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS:**<br><br>　　　**February 3, 2022** |

　　　Kyle Nargiz ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. This case now proceeds with Plaintiff's First Amended Complaint, filed on October 1, 2020, against defendants Richard Milam[1] and Stuart Sherman ("Defendants") on Plaintiff's claim for adverse conditions of confinement in violation of the Eighth Amendment. (ECF No. 13.)

---

[1] Sued as Milan.

This case is in the discovery phase.  On December 13, 2021, Defendants filed a request for extension of time to respond to Plaintiff's discovery requests.  (ECF No. 27.)

Good cause having been presented to the court, and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that

1. Defendants' request for extension of time is GRANTED;

2. Defendants are granted an extension of time until **January 27, 2022**, to respond to Plaintiff's First Set of Interrogatories and First Set of Requests for Admission; and

3. Defendants are granted an extension of time until **February 3, 2022**, to respond to Plaintiff's First Set of Requests for Production of Documents.

IT IS SO ORDERED.

Dated:   **January 3, 2022**                           **/s/ Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE